**Order issued February 11, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

—————————————————
**No. 05-11-00423-CV**
—————————————————

**ZAAN, LLC, Appellant**

**V.**

**BARRY SANGANI, ET AL., Appellees**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 293-02993-2009**

# O R D E R

The reporter's record is overdue in this appeal. On April 30, 2012, the Court directed court reporter Janet L. Dugger to file the reporter's record within thirty days. On May 15, 2012, we received a letter from appellant notifying the Court that the reporter's record had been paid for in the amount of $3800. On June 1, 2012, the Court granted Ms Dugger's request for an extension of time to file the reporter's record and ordered the reporter's record be filed within forty-five days of the date of the order. On July 30, 2012, we again notified Ms Dugger the reporter's record was overdue and directed her to file the record within thirty days. To date, Ms Dugger has neither filed the record nor otherwise corresponded with the Court regarding the record. This appeal cannot proceed without the issue of the reporter's record being resolved.

Accordingly, this Court **ORDERS** court reporter Janet L. Dugger to file the reporter's record

within **TEN DAYS**.  We expressly **CAUTION** Janet L. Dugger that failure to comply with this order may result in an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

| | |
|---|---|
| Honorable John Roach, Jr. | Janet L. Dugger |
| Presiding Judge | Official Court Reporter |
| 296th Judicial District Court | 296th Judicial District Court |
| Collin County Courthouse | Collin County Courthouse |
| 2100 Bloomdale Rd., Suite 20012 | 2100 Bloomdale Rd., Suite 20012 |
| McKinney, Texas 75071 | McKinney, Texas 75071 |

/s/Carolyn Wright/
 Chief Justice